PICCIOLI *v.* UNITED STATES.

No. 4. Decided March 4, 1968.*

*Alfred Belinkie* for petitioner in No. 4. *Edward G. Burstein* for petitioner in No. 5. *David Goldstein* and *Jacob D. Zeldes* for petitioner in No. 6. *Francis J. DiMento, Paul J. Burns* and *Ronald R. Popeo* for petitioners in No. 10. *Albert J. Krieger* and *Robert Kasanof* for petitioners in No. 32. *Max M. Barr* for petitioner in No. 374.

*Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Marshall Tamor Golding* for the United States in No. 4 and No. 2, Misc. *Solicitor General Marshall* for the United States in Nos. 5, 6 and 10. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Miss Rosenberg* for the United States in No. 32. *Acting Solicitor General Spritzer, Assistant Attorney General Vinson, Miss Rosenberg* and *Jerome M. Feit* for the United States in No. 374.

PER CURIAM.

The petitions for writs of certiorari are granted, the judgments of the courts below are vacated, and the cases

---

*Together with No. 5, *Millo* v. *United States;* No. 6, *Grassia* v. *United States;* No. 10, *Driscoll et al.* v. *United States;* No. 32, *Serao et al.* v. *United States;* No. 374, *Wrieole* v. *United States;* and No. 2, Misc., *Gjanci* v. *United States,* all on petitions for writs of certiorari. Nos. 5, 6, 32, and 2, Misc., are to the United States Court of Appeals for the Second Circuit, No. 374 to the Third Circuit, and No. 10 to the First Circuit. The motion for leave to proceed *in forma pauperis* in No. 2, Misc., is also granted.

are remanded for further consideration in the light of *Marchetti* v. *United States, ante,* p. 39.

MR. JUSTICE MARSHALL took no part in the consideraation or decision of these cases.